UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK ROBERTS,

        Plaintiff,

-against-

SUGAR HILL MUSIC PUBLISHING, et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2019

15-CV-2675 (LAP) (BCM)

ORDER SCHEDULING TELEPHONIC CONFERENCE

**BARBARA MOSES, United States Magistrate Judge.**

A telephonic conference is scheduled before Judge Moses on **November 26, 2019, at 12:00 p.m.,** to discuss the issues raised in plaintiff's letter dated November 20, 2019. (Dkt. No. 64.) Counsel for the parties are directed to call (212) 805-0228, a few minutes before 12:00 p.m., with all attorneys on one line. The parties themselves need not attend.

Dated: New York, New York
       November 25, 2019

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**