

**MEMO ENDORSED**

November 27, 2019

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2019

Via ECF

Hon. Barbara Moses
Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Application GRANTED. The conference scheduled for December 2, 2019, is ADJOURNED *sine die*. The parties are directed to promptly file their stipulation of dismissal. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
November 27, 2019

Re: *Roberts v. Sugar Hill Music Publishing*
Case No.: 15-cv-02675

Dear Judge Moses:

Our office is *pro bono* counsel for Plaintiff Mark Roberts ("Roberts") in the above-referenced action, and we write to the Court to jointly request with Defendants' counsel cancellation of the settlement conference scheduled for Monday, December 2, 2019.

As directed by Your Honor during the November 26, 2019 Telephonic Conference, Defendant has wired the settlement amount to Plaintiff's counsel's escrow account, and Plaintiff's counsel has confirmed receipt.

Therefore, the parties respectfully request that the conference scheduled for Monday, December 2, 2019 be cancelled.

AUSTIN   DETROIT   MEXICO CITY   SACRAMENTO   TAMPA
BOSTON   HOUSTON   MIAMI   SAN DIEGO   WASHINGTON, D.C.
CHICAGO   JACKSONVILLE   MILWAUKEE   SAN FRANCISCO   BRUSSELS
DALLAS   LOS ANGELES   NEW YORK   SILICON VALLEY   TOKYO
DENVER   MADISON   ORLANDO   TALLAHASSEE



November 27, 2019
Page 2

        Respectfully submitted,

        */s/ Robert S. Weisbein*

        Robert S. Weisbein